FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

JUL 10 2012

LONG ISLAND OFFICE

LTG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

PATRICK TOOMEY
and BRENDEN TOOMEY,

          Defendants.

- - - - - - - - - - - - - - - - - -X

AFFIDAVIT AND COMPLAINT
IN SUPPORT OF ARREST
WARRANTS

(21 U.S.C. § 846)

# 12-0656M

EASTERN DISTRICT OF NEW YORK, SS:

      GERARD J. RICCIARDI, being duly sworn, deposes and states that he is a Special Agent with the Internal Revenue Service ("IRS"), duly appointed according to law and acting as such.

      Upon information and belief, on or about and between August 2010 and the present, within the Eastern District of New York and elsewhere, the defendants PATRICK TOOMEY and BRENDEN TOOMEY, together with others, did knowingly and intentionally distribute a controlled substance, which offense involved a substance containing oxycodone, a Schedule II controlled substance.

      (Title 21, United States Code, Sections 846 and 841(a)(1)).

      The source of your deponent's information and the grounds for his belief are as follows:[1]

      1.    I have been a Special Agent with the IRS for

---

[1]    Because the purpose of this affidavit is to state only probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

2

approximately twenty-one years and have been assigned to the Drug
Enforcement Administration Task Force for approximately four years.
My information in this case comes from interviews, conversations
with witnesses and other law enforcement officers, and my own
participation in this investigation.

2.   The DEA Task Force to which I am assigned is
currently investigating the illegal distribution of pills and
tablets containing oxycodone, a Schedule II controlled substance.
"Oxycodone" is the generic name for an opioid analgesic medication
synthesized from opium-derived thebaine.  "Roxicodone" is a generic
oxycodone product designed to have an immediate release effect for
rapid pain relief.  Oxycodone has a serious potential for abuse.
Drug abusers crush the protective coating on the pill and, snort,
ingest or inject it, thereby obtaining all of the drugs potency at
one time.  Oxycodone used in this fashion produces a heroin-like
euphoria.  Oxycodone is a highly addictive drug.

3.   On July 9, 2012, I interviewed an individual
hereinafter described as John Doe (JD) in connection with an
oxycodone distribution ring operating in the Smithtown, New York
area as JD, a Smithtown resident, was arrested in May 2012 in
possession of oxycodone pills.[2/]  JD advised that he has been
purchasing oxycodone pills from defendants PATRICK TOOMEY and
BRENDEN TOOMEY on an off for the past year.  JD advised that the
defendants PATRICK TOOMEY and BRENDAN TOOMEY advised JD that they

---

[2/]   I believe that the CW is reliable as information s/he has
provided about the defendants has been independently corroborated
by other information learned during the investigation.

were getting their pills from a doctor on Long Island hereinafter referred to as John Doe, MD (JD-MD).

　　　　4.   I have reviewed the Bureau of Narcotics Enforcement database and determined that JD-MD issued BRENDEN TOOMEY approximately 10 prescriptions for oxycodone between February 2010 and November 2011 (approximately 2,010 pills) and that JD-MD issued PATRICK TOOMEY approximately 36 prescriptions for oxycodone between April 2010 and November 2011 (approximately 9,560 pills).

　　　　WHEREFORE, your deponent respectfully requests that arrest warrants be issued for defendants so that they be dealt with according to law.

_____
Gerard J. Ricciardi
Special Agent - IRS/DEA

Sworn to before me this
10th day of July, 2012


_____
THE HONORABLE WILLIAM D. WALL
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK